# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| Paris Leslie, | : | No. 3 EAP 2014 |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| The Department of Corrections for Pennsylvania, | : | |
| Appellee | : | |
| | : | |

## ORDER

**AND NOW**, this 12th day of March, 2015, the above captioned appeal is quashed for failure to file a brief.